# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ASHLEY N. SHELLENBARGER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner, Social Security Administration,<br><br>    Defendant. | Case No. 16-CV-706-JHP-FHM |

## OPINION AND ORDER

Plaintiff's counsel's attention is called to LCvR 5.3 concerning the redaction of personal identifiers in papers filed with the Court. Once again[1] Plaintiff's counsel has filed a brief, [Dkt. 15], that contains a personal identifier in violation of this rule.

Counsel is hereby instructed to file a replacement brief on or before November 13, 2017, which is identical to the previously filed brief in every respect except for the elimination of Plaintiff's personal identifier information.

SO ORDERED this 6th day of November, 2017.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel has been reminded of this requirement in a number of other cases: 16-CV-745-TCK-FHM; 16-CV-623-JHP-FHM; 16-CV-640-GKF-FHM; 16-CV-727-GKF-FHM; and 16-CV-694-TCK-FHM. Counsel has also been instructed to review other briefs on file with this Court and to file substitute briefs in cases where personal identifier information is included in violation of LCvR 5.3. Counsel is again reminded of this obligation.